**QUILL & ARROW, LLP**
Gregory Sogoyan, Esq. (SBN 316832)
gsogoyan@quillarrowlaw.com
Roy Enav, Esq. (SBN 340224)
renav@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Tel: (310) 933-4271 | Fax: (310) 889-0645

Attorneys for Plaintiff
RAJINDER SINGH AULAKH

**GORDON REES SCULLY MANSUKHANI, LLP**
Spencer Peter Hugret (SBN)
shugret@grsm.com
James P. Mayo (SBN)
jmayo@grsm.com
315 Pacific Avenue
Suite 2000
San Francisco, CA 94111
TEL: (415) 986-5900 | FAX: (415) 986-8054

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJINDER SINGH AULAKH, an individual,<br><br>                    Plaintiff(s),<br><br>        vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 10,<br><br>                    Defendants. | Case No.: 2:25-cv-01702-JAM-CSK<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER (ECF No. 9)** |

1

STIPULATION AND ORDER

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff RAJINDER SINGH AULAKH ("Plaintiff") and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC ("JLRNA") (collectively the "Parties") having met and conferred, hereby stipulate to amend the August 19, 2025, Scheduling Order (ECF Dkt. No. 9) as outlined below.

The Parties, having met and conferred, agree that a 60-day continuance of producing expert report(s) is appropriate.

Good cause exists because the Parties are in progress of completing discovery, including Plaintiff's deposition, Defendant's PMQ deposition (which is scheduled for May 12, 2026), and an inspection of the subject vehicle, and are also discussing a potential resolution to this matter and significant costs may be avoided by continuing the Discovery and Expert Report cut-off dates to allow the parties to complete discovery.

The parties propose the following amendments to the scheduling order for this matter:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Fact Discovery Completion | June 19, 2026 | August 3, 2026 |
| Expert Disc. (Initial) | April 24, 2026 | June 23, 2026 |
| Expert Disc. (Rebuttal) | May 8, 2026 | July 7, 2026 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**IT IS SO STIPULATED.**

Dated: May 2, 2026                                  QUILL & ARROW, LLP

                                                        /s/ Roy Enav
                                              By: _____
                                                    Gregory Sogoyan, Esq.
                                                    Roy Enav, Esq.

                                                    Attorneys for Plaintiff
                                                    RAJINDER SINGH AULAKH

Dated: May 2, 2026                                  GORDON REES SCULLY
                                                    MANSUKHANI, LLP

                                                        /s/ James P. Mayo
                                              By: _____
                                                    Spencer Peter Hugret, Esq.
                                                    James P. Mayo, Esq.

                                                    Attorneys for Defendant JAGUAR
                                                    LAND ROVER NORTH
                                                    AMERICA, LLC

STIPULATION AND ORDER

## SIGNATURE ATTESTATION

I hereby certify that the content of this document is acceptable to Roy Enav, Esq., counsel for Plaintiff RAJINDER SINGH AULAKH, and that I have obtained authorization to affix their electronic signature to this document.

Dated: May 2, 2026

GORDON REES SCULLY MANSUKHANI, LLP

/s/ James P. Mayo

By: _____
Spencer Peter Hugret, Esq.
James P. Mayo, Esq.

Attorneys for Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC

**QUILL & ARROW, LLP**
Gregory Sogoyan, Esq. (SBN 316832)
gsogoyan@quillarrowlaw.com
Roy Enav, Esq. (SBN 340224)
renav@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Tel: (310) 933-4271 | Fax: (310) 889-0645

Attorneys for Plaintiff
RAJINDER SINGH AULAKH

**GORDON REES SCULLY MANSUKHANI, LLP**
Spencer Peter Hugret (SBN)
shugret@grsm.com
James P. Mayo (SBN)
jmayo@grsm.com
315 Pacific Avenue
Suite 2000
San Francisco, CA 94111
TEL: (415) 986-5900 | FAX: (415) 986-8054

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJINDER SINGH AULAKH, an individual,<br><br>                Plaintiff(s),<br><br>     vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 10,<br><br>                Defendants. | Case No.: 2:25-cv-01702-JAM-CSK<br><br>**ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

Based on the stipulation of the parties (ECF No. 9), and good cause appearing, the Pretrial Scheduling Order is **MODIFIED** as follows:

| EVENT | CURRENT DATE | NEW DATE |
|---|---|---|
| Fact Discovery Completion | June 19, 2026 | **August 3, 2026** |
| Expert Disc. (Initial) | April 24, 2026 | **June 23, 2026** |
| Expert Disc. (Rebuttal) | May 8, 2026 | **July 7, 2026** |

All other instructions contained in the August 19, 2025 Pretrial Scheduling Order (ECF No. 9) shall remain in effect.

**IT IS SO ORDERED.**

Dated: May 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER