**QUILL & ARROW, LLP**
Gregory Sogoyan, Esq. (SBN 316832)
GSogoyan@quillarrowlaw.com
Juan Camilo Fernandez Morales, Esq. (SBN 367372)
CFernandez@quillarrowlaw.com
e-service@quillarrowlaw.com
10880 Wilshire Blvd., Suite 1600
Los Angeles, California 90024

Attorneys for Plaintiff,
**RAJINDER SINGH AULAKH**

**GORDON REES SCULLY MANSUKHANI, LLP**
Spencer p. Hugret, Esq. (SBN 240424)
shugret@grsm.com
James p. Mayo, Esq. (SBN 169897)
jmayo@grsm.com
consumerwarrantyjaguar@grsm.com
315 Pacific Avenue
San Francisco, CA 94111

Attorneys for Defendant,
**JAGUAR LAND ROVER NORTH AMERICA, LLC**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAJINDER SINGH AULAKH, an individual,<br><br>Plaintiff,<br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-01702-JAM-CSK<br><br>*Judge: John A. Mendez*<br><br>*Magistrate Judge: Hon. Chi Soo Kim*<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), IT IS HEREBY STIPULATED, by and between Plaintiff, RAJINDER SINGH AULAKH and Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC, (hereafter "the Parties"), by and through their respective counsel of record, that the entire above-captioned action be dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the Parties.

Upon order of the Court and upon such terms and conditions as the Court deems proper, the Parties respectfully request that this action be dismissed with prejudice and that the Court continue to retain jurisdiction over the terms of the Parties' settlement agreement.

Dated: September 9, 2026

**QUILL & ARROW, LLP**

By ______________________________

Gregory Sogoyan, Esq.
Juan Camilo Fernandez Morales, Esq.
Attorneys for Plaintiff,
**RAJINDER SINGH AULAKH**

Dated: September 9, 2026

**GORDON REES SCULLY MANSUKHANI, LLP**

By /s/ *James P. Mayo*

Spencer p. Hugret, Esq.
James p. Mayo, Esq.
Attorneys for Defendant,
**JAGUAR LAND ROVER NORTH AMERICA, LLC**

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to James p. Mayo, Esq. counsel for **JAGUAR LAND ROVER NORTH AMERICA, LLC,** and that I have obtained authorization to affix his electronic signature to this document.

**QUILL & ARROW, LLP**

______________________________

Gregory Sogoyan, Esq.
Juan Camilo Fernandez Morales, Esq.
Attorneys for Plaintiff,
**RAJINDER SINGH AULAKH**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RAJINDER SINGH AULAKH, an individual,

Plaintiff,

vs.

JAGUAR LAND ROVER NORTH AMERICA, LLC,

Defendant,

Case No.: 2:25-cv-01702-JAM-CSK

*Judge: John A. Mendez*

*Magistrate Judge: Hon. Chi Soo Kim*

**ORDER OF DISMISSAL WITH PREJUDICE (ECF No. 19)**

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is **GRANTED**. The entire action, including all claims and counterclaims stated herein against all parties, is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated: September 11, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE